BARBARA A. MATTHEWS (SBN 185094)
Assistant United States Trustee
LYNETTE C. KELLY (SBN 120799)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Telephone: (510) 637-3200
email: lynette.c.kelly@usdoj.gov

Attorneys for Acting United States Trustee
AUGUST B. LANDIS

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:                                ) Case No. 08-41603
                                      ) Chapter 7
PAUL THOMAS ORWIG,                    )
                                      )
           Debtor.                    )  No Hearing Required
_____        )

### Application for Order Reopening Chapter 7 Case and Appointing Trustee

August B. Landis, the Acting United States Trustee ("UST"), hereby applies under 11 U.S.C. § 350(b) for entry of an order reopening the chapter 7 case captioned above and appointing a trustee.

The UST requests the case be reopened to allow the chapter 7 trustee to protect the interest of creditors, to ensure the efficient administration of the estate and to administer newly discovered assets. The motion is supported by the Declaration of Paul J. Mansdorf in Support of United States Trustee's Motion to Reopen Case, filed concurrently herewith.

### Background

The Debtor filed a chapter 7 case on April 4, 2008. On May 7, 2008, the trustee conducted the meeting of creditors under 11 U.S.C. § 341, examined Debtor and filed a no asset report. Subsequent to filing a no asset report, on or about November 24, 2010, an asset consisting of a claim in an employment discrimination lawsuit not previously disclosed has come to the attention of the trustee and requires administration. The UST requests an Order reopening the chapter 7 case to allow the trustee to investigate and evaluate the claim, which may create an asset available for estate distribution.

**Application for Order Reopening Chapter 7**
**Case and Appointment of Trustee    Case No: 08-41603**                                1

1     **Wherefore**, the UST respectfully requests that the Court enter an order reopening this
2 chapter 7 case and for appointment of Paul J. Mansdorf as chapter 7 trustee.

Dated: November 29, 2010          Respectfully submitted,

                                             BARBARA A. MATTHEWS,
                                             Assistant United States Trustee

                                             *Lynette C. Kelly*
                                             Lynette C. Kelly

                                             Attorneys for August B. Landis,
                                             Acting United States Trustee

**Application for Order Reopening Chapter 7**
**Case and Appointment of Trustee    Case No: 08-41603**                          2
Case: 08-41603    Doc# 20    Filed: 11/29/10    Entered: 11/29/10 15:59:55    Page 2 of 4

| | |
|---|---|
| 1 | In re: Paul Thomas Orwig                        Case No. 08-41603 |

## CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action.

My business address is 1301 Clay Street, Suite 690N, Oakland, California 94612-5231.

On 29 November 2010, I served, by mail, a copy of the following document(s):

**APPLICATION FOR ORDER REOPENING CHAPTER 7 CASE**

**DECLARATION OF PAUL J. MANSDORF IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION TO REOPEN CASE**

**[PROPOSED] ORDER REOPENING CASE AND FOR APPOINTMENT OF TRUSTEE**

by enclosing a true and correct copy of said document(s) in an envelope with postage thereon fully prepaid, which envelope was then sealed and deposited in the United States mail at Oakland, California, addressed to each of the person(s) listed below:

**DEBTOR**
**Paul Thomas Orwig**
P.O. Box 24868
Oakland, CA 94623

**DEBTOR'S COUNSEL**
**Sarah Lampi Little**
Law Offices of Sarah Lampi Little
1 276 A St.
Hayward, CA 94541

**TRUSTEE:**
**Paul Mansdorf**
1563 Solano Ave. #703
Berkeley, CA 94707

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 29 November 2010 at Oakland, California.

                                                  *Avis Haynes*
                                                  Avis Haynes

**Application for Order Reopening Chapter 7**
**Case and Appointment of Trustee    Case No: 08-41603**                     3
Case: 08-41603    Doc# 20    Filed: 11/29/10    Entered: 11/29/10 15:59:55    Page 3 of 4