Entered on Docket
December 03, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed: December 02, 2010

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____

BARBARA A. MATTHEWS (SBN 185094),
Assistant U.S. Trustee
LYNETTE C. KELLY (SBN 120799),
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Telephone: (510) 637-3200
email: lynette.c.kelly@usdoj.gov

Attorneys for AUGUST B. LANDIS,
Acting United States Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 08-41603
)
PAUL THOMAS ORWIG, ) Chapter 7
)
    Debtor. ) No Hearing Required
_____ )

### ORDER REOPENING CASE & FOR APPOINTMENT OF TRUSTEE

Good cause appearing for the reopening of this case IT IS HEREBY ORDERED that this case is reopened and a trustee shall be appointed.

The trustee selected by the appointment process instituted by the United States Trustee is **PAUL J. MANSDORF**, who is to serve under the blanket bond in place in this District.

** END OF ORDER **

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | **Debtor's Counsel**<br>**Sarah Lampi Little** |
| 3 | Law Offices of Sarah Lampi Little<br>1 276 A St. |
| 4 | Hayward, CA 94541 |
| 5 | **Debtor**<br>**Paul Thomas Orwig** |
| 6 | P.O. Box 24868<br>Oakland, CA 94623 |
| 7 | |
| 8 | **Trustee**<br>**Paul Mansdorf**<br>1563 Solano Ave. #703 |
| 9 | Berkeley, CA 94707 |
| 10 | **United States Trustee**<br>Office of the U.S. Trustee |
| 11 | 1301 Clay Street, Suite 690-N<br>Oakland, CA 94612-5231 |